**The People of the State of Illinois, defendant in error, v. James Bracken, plaintiff in error.**
Conviction on charge of selling liquor in anti-saloon territory.
Error to the Circuit Court of Vermilion county; the Hon. Walter

Brewer, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed July 15, 1918.

Dwyer & Dwyer, for plaintiff in error. John H. Lewman, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.